



## MEMORANDUM OPINION

No. 04-11-00451-CV

Nasser **NAKISSA**, M.D.,
Appellant

v.

**CONNEXION INTERNATIONAL, INC., D/B/A PHYSICIAN'S MANAGEMENT
SERVICES**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-07648
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  October 19, 2011

DISMISSED

    Appellant has filed a motion to dismiss this appeal due to settlement.  The motion contains a certificate of service to appellee, who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

                                        PER CURIAM